LOCAL PROB 12C
(06/17)

# UNITED STATES DISTRICT COURT
for
Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Gatto     Docket Number: 0205 3:16CR00047-001

Sentencing Judicial Officer: Honorable Jeffery A. Meyer, United States District Judge

Date of Original Sentence: August 30, 2016

Original Offense: Conspiracy to Transport Stolen Property, in violation of 18 U.S.C. § 371

Original Sentence: 40 Months' Imprisonment, 36 Months' Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: July 19, 2019

AUSA: Vanessa Richards     Defense Attorney: Robert Gerard Golger

---

**PETITIONING THE COURT**

NDNY Case No.:
1:19-mj-767-DJS

☐ To issue a summons for a violation hearing
☒ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Charge # 3<br>Mandatory #3 | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test with in 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court |
|---|---|

On October 29, 2019, Mr. Gatto tested positive for THC. On November 5, 2019, Mr. Gatto was confronted about his continued drug use and proceeded to submit three diluted drug screens, and another that tested positive for THC. Mr. Gatto was confrontational and combative with the probation officer and ultimately admitted to using THC during the preceding weekend.

On November 12, 2019, Mr. Gatto's mother reported she suspected Mr. Gatto is using K2, and she described him as regularly being in an incoherent state in the evenings. The probation officer contacted Mr. Gatto's treatment providers who also expressed concerns and agreed that an inpatient program that could address both substance abuse and mental health would be their recommendation. The following day, the probation officer received a call from Mr. Gatto's sister, who expressed similar concerns to that of their mother, and stated that Mr. Gatto has been using K2 daily. She reported his behavior is becoming increasingly erratic and combative, describing incidents in which Mr.

| | |
|---|---|
| Charge # 2<br>Special | Gatto locks himself in the bathroom for hours at a time, loudly watches pornography, and threatens to lock his mother in a closet.<br>The defendant shall participate in a program recommended by the United States Probation Office and approved by the Court for inpatient or outpatient substance abuse treatment and testing. |

On November 14, 2019, Mr. Gatto reported to treatment and was advised of the recommendation for inpatient. He refused to sign a consent for such, and stated he wanted to think about it. He was directed to return the following morning after his providers had a chance to contact local inpatient facilities to check on bed availability. On this same date, the probation officer spoke with Mr. Gatto's mother who was supportive of this plan and indicated that she was no longer willing to allow her son to reside with her due to his behavior.

On November 15, 2019, Mr. Gatto returned to treatment, however, he refused to comply with the inpatient recommendation. Mr. Gatto sat with his arms crossed in group, and when directed to complete a written assignment, he drew a pair of breasts on his paper, held it up for the group, and proclaimed that the program is, "a fucking joke." Mr. Gatto was told to stay after group to meet with his primary counselor, but he instead immediately left the facility.

**U.S. Probation Officer Recommendations:**
Mr. Gatto has made very little progress since commencing the period of supervised release, and his behavior has become increasingly erratic over the course of the last several days. The Probation Officer is requesting the Court issue a warrant. The supervising jurisdiction has also requested that we initiate a transfer of jurisdiction, which will be forwarded to the Court under a separate cover.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On   November 15, 2019

*Desiree Melendez*

Desiree Melendez
Senior U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action

☐ The issuance of a summons for a compliance review hearing  Date: _____

☐ The issuance of a summons   Date: _____

☒ The issuance of a warrant

☐ Other

Jeffrey Alker Meyer
Signature of Judicial Officer

November 15, 2019
Date

AO 442 (Rev. 3/11) Arrest Warrant
Internal (Rev. 12/18)

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) Case No: 0205 3:16CR00047-001 |
| Jason Gatto | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay

*(name of person to be arrested)*   Jason Gatto

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Continuous illegal drug use and failure to attend treatment.

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By: _____
Deputy Clerk

Date: November 18, 2019

_____
Issuing officer's signature

City and state: New Haven, CT

Julia Reis, Deputy Clerk
Printed Name and Title

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |